**Fill in this information to identify your case:**

Debtor 1: Charles R. Hill, Jr.
Debtor 2 (Spouse if, filing): Memory D. Hill
United States Bankruptcy Court for the: NORTHERN DISTRICT OF ALABAMA
Case number (if known): 15-01837

☐ Check if this is an amended filing

# Official Form 108
# Statement of Intention for Individuals Filing Under Chapter 7
12/15

If you are an individual filing under chapter 7, you must fill out this form if:
■ creditors have claims secured by your property, or
■ you have leased personal property and the lease has not expired.

You must file this form with the court within 30 days after you file your bankruptcy petition or by the date set for the meeting of creditors, whichever is earlier, unless the court extends the time for cause. You must also send copies to the creditors and lessors you list on the form.

If two married people are filing together in a joint case, both are equally responsible for supplying correct information. Both debtors must sign and date the form.

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known).

## Part 1: List Your Creditors Who Have Secured Claims

1. For any creditors that you listed in Part 1 of Schedule D: Creditors Who Have Claims Secured by Property (Official Form 106D), fill in the information below.

| Identify the creditor and the property that is collateral | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
|---|---|---|
| Creditor's name: **Wells Fargo Home Loans, Inc.**<br>Description of property securing debt: **House & Lot at: Location: 245 Sun Valley Road, Birmingham AL 35215** | ■ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a Reaffirmation Agreement.<br>☐ Retain the property and [explain]: | ■ No<br>☐ Yes |

## Part 2: List Your Unexpired Personal Property Leases

For any unexpired personal property lease that you listed in Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G), fill in the information below. Do not list real estate leases. Unexpired leases are leases that are still in effect; the lease period has not yet ended. You may assume an unexpired personal property lease if the trustee does not assume it. 11 U.S.C. § 365(p)(2).

| Describe your unexpired personal property leases | Will the lease be assumed? |
|---|---|
| Lessor's name:<br>Description of leased Property: | ☐ No<br>☐ Yes |
| Lessor's name:<br>Description of leased Property: | ☐ No<br>☐ Yes |
| Lessor's name: | |

| Debtor 1 | Charles R. Hill, Jr. | | Case number (if known) | 15-01837 |
|---|---|---|---|---|
| Debtor 2 | Memory D. Hill | | | |

| Description of leased Property: | | ☐ No |
|---|---|---|
| | | ☐ Yes |

| Lessor's name: | | ☐ No |
|---|---|---|
| Description of leased Property: | | ☐ Yes |

| Lessor's name: | | ☐ No |
|---|---|---|
| Description of leased Property: | | ☐ Yes |

| Lessor's name: | | ☐ No |
|---|---|---|
| Description of leased Property: | | ☐ Yes |

| Lessor's name: | | ☐ No |
|---|---|---|
| Description of leased Property: | | ☐ Yes |

**Part 3: Sign Below**

Under penalty of perjury, I declare that I have indicated my intention about any property of my estate that secures a debt and any personal property that is subject to an unexpired lease.

X _/s/ Charles R. Hill, Jr._   X _/s/ Memory D. Hill_
Charles R. Hill, Jr.                     Memory D. Hill
Signature of Debtor 1                Signature of Debtor 2

Date   April 2, 2019                 Date   April 2, 2019

Official Form 108        Statement of Intention for Individuals Filing Under Chapter 7        page 2
Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                Best Case Bankruptcy

Case 15-01837-TOM7   Doc 66   Filed 04/18/19   Entered 04/18/19 14:26:07   Desc Main
Document   Page 2 of 3

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ALABAMA SOUTHERN DIVISION

IN RE: )
)
CHARLES R. HILL, JR. ) **CASE NO. 15-01837-TOM-7**
MEMORY D. HILL, )
)
DEBTORs. )

## NOTICE OF CERTIFICATE OF SERVICE

I hereby certify that on the 18th day of April, 2019, I served by electronic filing and/or caused to be deposited in the regular US Mail at Birmingham, Alabama, a copy of the Debtors' Statement of Intention upon the following secured creditors in the case.

Wells Fargo Home Loans
Bankruptcy Dept
3476 Stateview Blvd
X7801-014
Ft. Mill, SC 29715

Dated this the 18th day of April, 2019.

/s/ Eric Heath Johnson
ERIC HEATH JOHNSON
Attorney for Debtors
5582 Apple Park Drive
Birmingham, Alabama 35235
(205) 833-7656